## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gerald S. Lepre, Jr. | : | |
| | : | |
| v. | : | No. 903 C.D. 2018 |
| | : | |
| US Bancorp d/b/a US Bank | : | |
| and Corporate Trust Services; | : | |
| Gerald S. Lepre, Sr.; and Christine | : | |
| Lepre-Lukus | : | |
| | : | |
| v. | : | |
| | : | |
| Pennsylvania Department of Treasury | : | |
| Bureau of Unclaimed Funds | : | |
| | : | |
| Appeal of: Gerald S. Lepre, Jr. | : | |

# **O R D E R**

NOW, March 28, 2019, having considered appellant's application for reconsideration/reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge